IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN MCINTYRE,

        Petitioner,                  No. CIV S-05-2508 FCD GGH P

       vs.

A.P. KANE, et al.,

        Respondents.             <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  Respondents are directed to file a response to petitioner's application within thirty days from the date of this order.  <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

/////

1         2.  Petitioner's reply, if any, shall be filed and served within thirty days of service

2    of an answer;

3         3.  If the response to petitioner's application is a motion, petitioner's opposition or

4    statement of non-opposition shall be filed and served within thirty days of service of the motion,

5    and respondents' reply, if any, shall be filed within fifteen days thereafter; and

6         4.  The Clerk of the Court shall serve a copy of this order together with a copy of

7    petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jo Graves,

8    Senior Assistant Attorney General.

9    DATED:  3/29/06

                         /s/ Gregory G. Hollows

10

11                      GREGORY G. HOLLOWS
                   UNITED STATES MAGISTRATE JUDGE

12   GGH:bb
    mcin2508.100f

13

14

15

16

17

18

19

20

21

22

23

24

25

26