1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10  JONATHAN McINTYRE,

11           Petitioner,              No. CIV S-05-2508 FCD GGH P

12      vs.

13  A.P. KANE, et al.,

14           Respondents.            <u>ORDER</u>

15  _____/

16           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17  habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18  Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19           On July 6, 2006, the magistrate judge filed findings and recommendations herein

20  which were served on all parties and which contained notice to all parties that any objections to

21  the findings and recommendations were to be filed within twenty days.  Neither party has filed

22  objections to the findings and recommendations.

23           The court has reviewed the file and finds the findings and recommendations to be

24  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25  ORDERED that:

26  /////

1.  The findings and recommendations filed July 6, 2006, are adopted in full; and

2.  The May 1, 2006, motion to dismiss is denied, and respondent is ordered to file an answer addressing the merits of petitioner's claim challenging the sufficiency of the evidence at his 2003 suitability hearing within thirty days of the filed date of this order.

DATED:September 13, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge

2