IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN McINTYRE,

      Petitioner,                    No. CIV S-05-2508 FCD GGH P

    vs.

A.P. KANE, et al.,

      Respondents.               ORDER

_____/

        Petitioner has requested an extension of time to file a reply to respondent's answer. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's November 1, 2006 request for an extension of time is granted; and

        2. Petitioner shall file a reply on or before December 12, 2006.

DATED: 11/8/06

                                    /s/ Gregory G. Hollows

                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

GGH:mp
mcin2508.111