1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JONATHAN McINTYRE,

11            Petitioner,                    No. CIV S-05-2508 FCD GGH P

12        vs.

13   A.P. KANE, et al.,

14            Respondents.              <u>ORDER</u>

15   _____/

16            Petitioner, a state prisoner proceeding pro se, has filed this application for a writ

17   of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19            On May 17, 2007, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Petitioner

22   has filed objections to the findings and recommendations.

23            In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24   304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the

25   entire file, the court finds the findings and recommendations to be supported by the record and

26   by proper analysis.

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.  The findings and recommendations filed May 17, 2007, are adopted in full;

3   and

4          2.  Petitioner's application for a writ of habeas corpus is denied.

5   DATED:   July 24, 2007.

6

7

8                                              _____
                                               FRANK C. DAMRELL, JR.
9                                              UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26